UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOSEPH AMAZIAH TRENTON,<br><br>       Plaintiff,<br><br>v.<br><br>EXPERIAN, TRANSUNION, EQUIFAX, HEALTHCARE COLLECTIONS LLC, DELIVERY FINANCIAL SERVICES, A1 COLLECTIONS, LLC, CREDIT COLLECTION SERVICES,<br><br>       Defendant. | Case No. 1:18-CV-00664-JHR-LF |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Experian Information Solutions, Inc. ("Experian"), erroneously sued as simply "Experian," hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal.

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a) Central Source LLC

    (b) Online Data Exchange LLC

    (c) New Management Services LLC

  (d)  VantageScore Solutions LLC

  (e)  Opt-Out Services LLC

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: September 17, 2018      Respectfully submitted,

                By: */s/ Charles J. Vigil, electronically filed*
                  Charles J. Vigil
                Rodey, Dickason, Sloan, Akin & Robb, P.A.
                P.O. Box 1888
                Albuquerque, New Mexico 87103
                Telephone: (505) 765-5900
                Facsimile: (505) 768-7395
                Email: cvigil@rodey.com

                *Attorneys for Defendant*
                *Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2018, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                By: */s/ Charles J. Vigil*
                  Charles J. Vigil